United States Courts
Southern District of Texas
FILED

JUL 06 2026

Nathan Ochsner, Clerk of Court

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

<u>Southern District Of Texas Corpus Christi Division</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.**<br><br>Henry BENITEZ-Granda | **CRIMINAL COMPLAINT**<br><br>Case Number: C-26-501M |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about _____July 5, 2026_____ in _____Nueces_____ County, in

the _____Southern District Of Texas_____ defendant(s)

Henry BENITEZ-Granda, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Corpus Christi, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title _____8_____ United States Code, Section(s) _____1326(a)(1)_____

I further state that I am a(n) <u>Deportation Officer</u> and that this complaint is based on the

following facts:
On July 5, 2026, Henry BENITEZ-Granda was encountered by ICE ERO in Corpus Christi, Texas, which is within the Southern District of Texas. During the encounter BENITEZ-Granda was questioned by ICE ERO and determined to be in the United States illegally. BENITEZ-Granda is determined to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks reveal BENITEZ-Granda was ordered removed from the United States by a designated official on October 22, 2013 and was physically removed from the United States to Mexico on October 23, 2013 via Eagle Pass, Texas. There is no evidence to indicate BENITEZ-Granda has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

_____
Signature of Complainant

Brian Carter   Deportation Officer
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

_____07/06/2026_____          at     Corpus Christi, Texas
Date                                                   City/State

Jason B. Libby          U.S. Magistrate Judge          _____
Name of Judge          Title of Judge          Signature of Judge